UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 1

**S U M M O N S**
In Actions Under
28 U.S.C. ' 1581 (a)

| |
|---|
| **BERGAN, LLC D/B/A BERGAN PETS** <br><br>                         Plaintiff, <br><br>   v. <br><br> **UNITED STATES,** <br><br>                         Defendant. |

15-00134

**TO:**   The Attorney General and the Secretary   of the Treasury:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. ' 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

          L.S.                                             _____
                                                                          Clerk of the Court

### PROTEST

| Port of Entry       Kansas City, MO | Date Protest Filed:        February  26, 2014 |
|---|---|
| Protest Number:     4501-14-100026, etc as per schedule attached | Date Protest Denied:       December 4, 2014 |
| Importer:  BERGAN, LLC D/B/A BERGAN PETS | |
| Category of Merchandise:   Pet Carriers | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 279-5044261-9 and others as per schedule attached | 10-28-12 | 9-13-13 | | | |
| | | | | | |

U.S. Customs & and Border Protection
4100 N. Mulberry Drive
Suite 110
Kansas City, MO 64116
(816) 584-1994

Barnes, Richardson & Colburn , LLP
Attorneys for Plaintiff
100 William Street, Suite 305
New York, New York 100038
agoggins@barnesrichardson.com

CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | | | | Protest Claim |
| Merchandise | Paragraph or Item Number | Assessed | Paragraph or Item Number | Rate |
| Pet Carriers | Subheading 4202.92.9026, HTSUS | 17.6% ad valorem | Subheading 6307.90.9889, HTSUS | 7.0% |
| Other State Specifically the Decision [as Described in 19 U.S.C. 1514(a | | | | |
| The issue which was common to all such denied protests: Whether Customs properly classified the imported merchandise. | | | | |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issued stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

May 6, 2015                    /s/ _____
                                      ALAN GOGGINS

## SCHEDULE OF PROTESTS

Port of Entry: Kansas City, MO

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 4501-14-100026 | 02-26-14 | 12-04-14 | 279-5044261-9 | 10-28-12 | 09-13-13 |
|  |  |  | 279-5044306-2 | 11-06-12 | 09-20-13 |
|  |  |  | 279-5044536-4 | 12-14-12 | 10-25-13 |
|  |  |  | 279-5044581-0 | 12-18-12 | 11-01-13 |
|  |  |  | 279-5044718-2 | 01-07-13 | 11-22-13 |
|  |  |  | 279-5044716-2 | 01-07-13 | 11-22-13 |
|  |  |  | 279-5044884-8 | 01-29-13 | 12-13-13 |
|  |  |  | 279-5044928-3 | 02-05-13 | 12-20-13 |
|  |  |  | 279-5045003-4 | 02-19-13 | 01-03-14 |
| 4501-14-100036 | 03-31-14 | 12-04-14 | 279-5045276-6 | 04-06-13 | 02-14-14 |
|  |  |  | 279-5045337-6 | 04-06-13 | 02-28-14 |
| 4501-14-100049 | 06-14-14 | 12-04-14 | 279-5045797-1 | 06-25-13 | 05-09-14 |
|  |  |  | 279-5045796-3 | 06-25-13 | 05-09-14 |

United States Bureau of Customs & Border Protection