UNITED STATES COURT OF INTERNATIONAL TRADE
------------------------------------------------------------ X
BERGAN, LLC D/B/A BERGAN PETS          :
                                       :
Plaintiff,                             :
                  v.                   :    Court No. 15-00134
UNITED STATES,                         :
Defendant.                             :
                                       :
------------------------------------------------------------ X

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests involved here were filed and the action involved here was commenced within the time provided by law, and all liquidated duties, charges, or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A, attached, consists of pet carriers.

3. U.S. Customs and Border Protection or its predecessors classified the imported merchandise in subheading, 4202.92.90, of the Harmonized Tariff Schedule of the United States (HTSUS), as travel, sports or similar bags, and assessed duties at a rate of 17.6% *ad valorem*.

4. The stipulable merchandise is classifiable as other textile articles under subheading 6307.90.98, HTSUS.

5. The imported merchandise, covered by the entries on the attached schedule, is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own attorney's fees, expenses, and costs.

Respectfully Submitted,

BARNES, RICHARDSON &
COLBURN, LLP
Attorneys for Plaintiff
100 William street, Suite 305
New York, New York 10038
Tel: (212) 725-0200

By: *Alan Goggins*
Alan Goggins

BRIAN M. BOYNTON
Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: *Justin R. Miller* 7/23/2022
JUSTIN R. MILLER
Attorney-In-Charge

*Monica Triana /Jm* 7/23/2022
MONICA TRIANA
Trial Attorneys
Civil Division, Dept. of Justice
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza, Suite 346
New York, New York 10278
Tel. No. 212-264-9230 or 9232
*Attorneys for Defendant*

Bergan, LLC d/b/a Bergan Pets v. United States, Court No. 15-134

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of this Court; and the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries in compliance with this order and make refund in accordance with the stipulation of the parties set forth above.

Date:   This 25th day of July, 2022            /S/ Gary S. Katzmann
        New York, New York                              Judge

Bergan, LLC D/B/A Bergan Pets v. United States, Court No. 15-00134

Schedule A to Stipulated Judgment

Port of Entry: Kansas City, MO

| Court No. | Protest No. | Entry No. | Description of Merchandise |
|---|---|---|---|
| 15-00134 | 4501-14-100026 | 279-5044261-9 | 88044 Bag: SM Cmft Carrier Black<br>88045 Bag: LG Cmft Carrier Black |
| | | 279-5044306-2 | 88265 100% Polyester Pet Carrier<br>88045 Comfort Carrier LG Black |
| | | 279-5044536-4 | 88031 100% Polyester Pet Carrier<br>88049 100% Polyester Pet Carrier<br>88045 LG Cmft Carrier Black |
| | | 279-5044581-0 | 88044 SM Comfort Carrier Black<br>88045 LG Cmft Carrier Black |
| | | 279-5044718-8 | 88045 LG Cmft Carrier Black |
| | | 279-5044716-2 | 88042 100% Polyester Pet Carrier<br>88043 100% Polyester Pet Carrier |
| | | 279-5044884-8 | 88045 LG Cmft Carrier Black<br>88031 100% Polyester Pet Carrier<br>88032 100% Polyester Pet Carrier |
| | | 279-5044928-3 | 88045 LG Cmft Carrier Black |
| | | 279-5045003-4 | 88031 100% Polyester Pet Carrier<br>88042 100% Polyester Pet Carrier<br>88032 100% Polyester Pet Carrier<br>88265 100% Polyester Pet Carrier<br>88264 100% Polyester Pet Carrier |
| | 4501-14-100036 | 279-5045276-6 | 88031 100% Polyester Pet Carrier<br>88042 100% Polyester Pet Carrier<br>88043 100% Polyester Pet Carrier |
| | | 279-5045337-6 | 88044 SM Cmft Carrier Black<br>88045 LG Cmft Carrier Black |
| | 4501-14-100049 | 279-5045797-1 | 88044 SM Cmft Carrier Black<br>88045 LG Cmft Carrier Black |
| | | 279-5045796-3 | 88266 100% Polyester Pet Carrier<br>88268 100% Polyester Pet Carrier |

1