UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN, JUDGE

_____
BERGAN, LLC D/B/A BERGAN PETS,      :
                                    :
                                    :
                    Plaintiff,      :    Court No. 15-00134
           v.                       :
                                    :
UNITED STATES                       :
                                    :
                    Defendants.     :
_____ :

**NOTICE REGARDING RETURN OF PROTESTS AND ENTRIES**

  The parties in the captioned matter signed and filed a Stipulation on Agreed Statement of Facts on July 25, 2022 setting forth the parties' agreed resolution of the classification issues involved. The Court entered that stipulation on the same day, and ordered that the applicable entries be reliquidated accordingly. Pursuant to 19 U.S.C. § 1514(a), "[w]hen a judgment or order of the United States Court of International Trade has become final, the papers transmitted shall be returned, together with a copy of the judgment or order to the Customs Service, which shall take action accordingly."

  As a matter of practice, the Court on its own initiative typically returns entry papers for processing to the ports where the entries were filed. However, in this case, we have been informed that personnel assigned to the relevant Center of Excellence and Expertise will process the papers at issue in this action. We therefore respectfully request that the Court return all protests and entries in this action, along with a copy of the Stipulation and Order, to U.S. Customs and Border Protection addressed as follows:

> US Customs and Border Protection
> Attn: Lenora D. Damper
> Supervisory Entry Specialist
> APOE-St Louis, Port Office and Vault
> 4349 Woodson Rd.
> St. Louis, MO 63134

On August 3, 2022, undersigned Government Counsel communicated with plaintiff's counsel, Alan Goggins, of Barnes, Richardson & Colburn, LLP, who gave his consent to this Notice Regarding Return of Protests and Entries.

We remain at the Court's disposal to furnish any additional information that it may require.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

        /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        /s/ Monica P. Triana
        MONICA P. TRIANA
        Trial Attorney
        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza – Suite 346
        New York, New York 10278
        (212) 264-0583

        *Attorneys for Defendant*

Dated: August 4, 2022